HELEN M. HUMES, Plaintiff, v. CITY OF TROY, Defendant and Third-Party Plaintiff-Appellant. GENERAL STORE CORPORATION et al., Third-Party Defendants-Respondents.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

ALPHONSE KARPINSKY, Appellant, v. MICHAEL J. RANO et al., Respondents. — Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ. [See post, p. 1208.]

In the Matter of the Claim of SUSIE KREITLOW, Appellant, against ST. THOMAS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of VINCENT LETIZIA, Appellant, against PRIMA COSTUME et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of FRED M. NIELSON against J. RAYMOND McGOVERN, as Comptroller of the State of New York.— Motion to dismiss proceeding granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

ANN M. O'NEILL, as Administratrix of the Estate of WILLIAM MARZANO, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31694.) — Motion to dismiss appeal denied, without costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

JOSEPH J. POSILLIPO, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31791.) — Motion to dismiss appeal denied, without costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

THOMAS J. POSILLIPO, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31730.) — Motion to dismiss appeal denied, without costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of SOLOMON RESNICK, Appellant, against PARK AVE. LIVE POULTRY MKT. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.